AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

MARIO VILLARREAL AND NORMA VILLARREAL,
Plaintiffs,

v.

Ocwen Loan Servicing, LLC, Individually and as Servicing Agent of Wells Fargo Bank, N.A., as Trustee for ABFC 2005-OPTI Trust, ABFC Asset-Backed Certificates Series 2005-OPTI, Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-18-CV-010-AM-CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Ocwen is entitled to summary judgment for all of the Plaintiffs' claims. Ocwen has shown (1) that there is no genuine dispute as to any material fact, and (2) that it is entitled to judgment as a matter of law. Accordingly, it is hereby ORDERED that the motion for summary judgment is GRANTED.

9/25/2019
Date

Jeannette J. Clack
Clerk

*L. Sanchez*
(By) Deputy Clerk